# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FRED KELSEY, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>)<br>PATRICK J. ALLIN, JILLIAN SHEEHAN, )<br>and TEXTURA CORPORATION,  )<br>)<br>Defendants.  )<br>) | Civil Action No.: 14-CV-7837 |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiff Fred Kelsey ("Lead Plaintiff") brings this unopposed motion for an order: (i) preliminarily approving the settlement with Textura Corporation ("Textura" or the "Company"), Patrick J. Allin, and Jillian Sheehan (collectively "Defendants") (together with Lead Plaintiff, the "Settling Parties") as embodied in the Stipulation and Agreement of Settlement dated July 12, 2017 (the "Stipulation"), concurrently submitted herewith; (ii) conditionally certifying the proposed Class for settlement purposes; (iii) approving the manner of giving notice of the Settlement to the proposed Class; and (iv) setting a hearing date for the final approval thereof (the "Settlement Hearing").

This Motion is based upon the Stipulation and all exhibits attached thereto; the proposed Order of Preliminarily Approval of Settlement, which provides for the preliminary approval of the Settlement and the distribution of the Notice of Pendency and Settlement of Class Action; the memorandum in support of this motion, all other pleadings and matters of record.

Lead Counsel has conferred with Defense counsel and they do not oppose to this motion. Accordingly, Lead Plaintiff requests that the Court enter the proposed Order of Preliminary Approval of Settlement, a copy of which is attached as Exhibit A to the Stipulation filed concurrently.

Dated: July 12, 2017          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

1

**HEFFNER HURST**
Matthew T. Heffner
30 North LaSalle Street
Twelfth Floor
Chicago, Illinois 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829
Email: mheffner@heffnerhurst.com

*Liaison Counsel for Lead Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th of July, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                    /s/ Phillip Kim
                                                    Phillip Kim