EXHIBIT A-3

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FRED KELSEY, Individually and on Behalf of All Others Similarly Situated, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Civil Action No.: 14-CV-7837 |
| ) ) | |
| PATRICK J. ALLIN, JILLIAN SHEEHAN, and TEXTURA CORPORATION, ) ) | |
| ) ) | |
| Defendants. ) ) | |

## SUMMARY NOTICE OF PENDENCY AND
## PROPOSED CLASS ACTION SETTLEMENT

**TO:    ALL PERSONS WHO PURCHASED TEXTURA CORPORATION COMMON STOCK FROM JUNE 7, 2013 THROUGH JANUARY 7, 2014, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Illinois, that a hearing will be held on November 15, 2017, at 10:00 a.m. before the Honorable Mary M. Rowland, United States Magistrate Judge of the Northern District of Illinois, 219 South Dearborn Street, Courtroom 1342, Chicago, Illinois 60604, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $3,300,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one third of the Settlement Amount,

reimbursement of expenses of not more than $225,000, and an incentive payment of no more than $15,000 to Lead Plaintiff, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement dated July 12, 2017 (the "Stipulation").

If you purchased Textura Corporation ("Textura") common stock during the period from June 7, 2013 and January 7, 2014, both dates inclusive (the "Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Textura common stock. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Textura Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 3, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form postmarked no later than October 23, 2017 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than October 25, 2017, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation.

EXHIBIT A-3

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and received no later than October 25, 2017, to each of the following:

| Clerk of the Court United States District Court Northern District of Illinois Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street Chicago, Illinois 60604 | LEAD COUNSEL: Phillip Kim, Esq. THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 34th Floor New York, NY 10016 | COUNSEL FOR DEFENDANTS: Hille R. Sheppard, Esq. SIDLEY AUSTIN LLP One South Dearborn Street Chicago, Illinois 60603 |
|---|---|---|

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Phillip Kim, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: July 17, 2017

_____
BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

HON. MARY M. ROWLAND
UNITED STATES MAGISTRATE JUDGE