IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED KELSEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Civil Action No.: 14-CV-7837 |
| PATRICK J. ALLIN, JILLIAN SHEEHAN, and TEXTURA CORPORATION, | ) ) ) ) ) |
| Defendants. | ) |

**LEAD PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF**

PLEASE TAKE NOTICE that on November 15, 2017, a date previously set pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 106 at ¶6); *see also* Local Rule 78.1, counsel for Lead Plaintiff shall appear before the Honorable Mary M. Rowland in Courtroom 1342 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, for an Order:

(a) for an award of attorneys' fees in the amount of $1,100,000 or one-third of the Gross Settlement Fund of $3,300,000;

(b) reimbursement of necessary expenses and costs in the amount of $143,425.96, incurred by Plaintiff's Counsel in connection with the prosecution of this case;

(c) for an award to Lead Plaintiff of $15,000 in connection with his time expended and efforts in this case; and

1

    (d)    any other or further relief the Court deems just and proper.

In support of this Motion, Lead Plaintiff submits: (i) a Memorandum of Law dated October 11, 2017; (ii) Declaration of Phillip Kim in Support of Lead Plaintiff's Motion for: (1) Final Approval of Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiff, with exhibits; and (iii) a Proposed Order.

Dated: October 11, 2017                        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**HEFFNER HURST**
Matthew T. Heffner
30 North LaSalle Street
Twelfth Floor
Chicago, Illinois 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829
Email: mheffner@heffnerhurst.com

*Liaison Counsel for Lead Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this on the 11th day of October, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                                 /s/ Phillip Kim_____