**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRED KELSEY, Individually and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | Civil Action No.: 14-CV-7837 |
| PATRICK J. ALLIN, JILLIAN SHEEHAN, and TEXTURA CORPORATION, ) ) ) ) | |
| Defendants. ) | |

**ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF**

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Plaintiff's Counsel, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel and Heffner Hurst appointed by the Court as Liaison Counsel, for the purposes of the Settlement and have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiff and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to Lead Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed on June 12, 2017 (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Plaintiff's Counsel during the final approval hearing on the November 15, 2017 and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's Counsel and Liaison Counsel are awarded one-third of the Gross Settlement Fund or $1,100,000 as attorneys' fees, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment. Said fees shall be allocated as follows: $110,000 to Liaison Counsel and the balance to Plaintiff's Counsel.

2. Plaintiff's Counsel shall be reimbursed out of the Gross Settlement Fund in the amount of $143,425.96 for its expenses and costs.

3. Lead Plaintiff shall be awarded $15,000 for reimbursement for his lost time in connection with their prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

SO ORDERED:

Dated: November 16, 2017

*Mary M Rowland*

MARY M. ROWLAND
United States Magistrate Judge